FILED
CLERK, U S DISTRICT COURT
AUG 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

DOCKETED ON CM
AUG 16 2007
BY        002

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM PUTNAM, et al., ) | No  CV 07-3656-JFW (PLAx) |
| Plaintiffs, ) | **MEMORANDUM AND ORDER RE: PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |
| v ) | |
| ELI LILLY AND COMPANY, ) | |
| Defendants ) | |

The Court has received and considered the parties' proposed Stipulated Protective Order ("Protective Order"). The Court is unable to adopt the Protective Order as stipulated to by the parties for the followings reasons:

First, in the event of a dispute regarding the designation or disclosure of confidential information, or disclosure of executed endorsements of the Protective Order, the procedure for obtaining a decision from the Court is that set forth in Local Rule 37  (See pages 7-8, at ¶ 7, pages 8-9, at ¶ 9(a), pages 9-10, at ¶ 10(c), page 11, at ¶ 13). If the parties want to file the Joint Stipulation required by Local Rule 37 under seal, the parties may file a stipulation to that effect or the moving party may file an ex parte application making the appropriate request  The parties must set forth good cause in the stipulation or ex parte application as to why the Joint Stipulation or portions thereof should be filed under seal.

1     Second, once a case proceeds to trial, all of the information that was designated as confidential and/or kept and maintained pursuant to the terms of a protective order becomes public and will be presumptively available to all members of the public, including the press, unless good cause is shown to the district judge in advance of the trial to proceed otherwise. The Court will not enter a protective order that extends beyond the commencement of trial.

DATED  August 13, 2007

                                                  PAUL L. ABRAMS
                                    UNITED STATES MAGISTRATE JUDGE