Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 07-3656-JFW (PLAx)                                            Date August 13, 2007

Title: **William Putnam v. Eli Lilly and Company**

================================================================================

☐ U.S. DISTRICT JUDGE
**PRESENT: THE HONORABLE    PAUL L. ABRAMS**
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                                    NONE

**PROCEEDINGS:       ( IN CHAMBERS)**

The Court is in receipt of plaintiff's "Motion to Compel Production, . . . and for Relief from Local Rule 23-3," filed on August 7, 2007 (the "Motion"). The portion of the Motion that seeks an extension of the Local Rule 23-3 requirement to file a class certification motion within 90 days of service of the complaint is hereby **denied without prejudice**. This Court does not have the authority to modify this deadline; such a request must be made directly to the District Judge in this matter. Plaintiff is **ordered** to advise this Court of Judge Walter's determination on the issue of an extension of the Local Rule 23-3 requirement within 24 hours of the issuance of a decision.

The Court has determined, in light of the nature of the remaining discovery issues in the Motion and the date of personal service of the Motion, that the hearing date on the Motion be advanced to August 28, 2007, and that oral argument will not be of material assistance in determining the Motion. Accordingly, the hearing is **ordered off calendar** (see Local Rule 7-15), and the Court **orders** defendant to file its opposition to the Motion, if any, **no later than Friday, August 17, 2007**. Failure to file an opposition by that date will result in the Court granting the Motion.

cc:    Counsel of Record

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED
BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES)
AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD
IN THIS ACTION ON THIS DATE.

DATE: 8/14/07

DEPUTY CLERK

DOCKETED ON CM
AUG 16 2007
Initials of Deputy Clerk
BY _____ 007

CV-90 (10/98)                                      CIVIL MINUTES - GENERAL